DANIEL HOPPER V. DOUGLAS COUNTY.

FILED DECEMBER 20, 1905. No. 14,018.

ERROR to the district court for Douglas county: WILLIS
G. SEARS, JUDGE. *Affirmed.*

*Jefferis, Howell & Shotwell,* for plaintiff in error.

*James P. English, W. W. Slabaugh* and *Charles E.
Foster, contra.*

OLDHAM, C.

This is a companion case to *Hopper v. Douglas County,
ante,* p. 329. The two cases involved the same question,
and by agreement were consolidated and argued together.
Hence, for the reasons given in the opinion in said case,
we think the trial court was correct in sustaining the de-
murrer to the plaintiff's petition, and we recommend that
the judgment be affirmed.

AMES and LETTON, CC., concur.

By the Court: For the reasons given in the foregoing
opinion, the judgment of the district court is

AFFIRMED.